984 So.2d 621 (2008)
Fernando TAYLOR, Appellant,
v.
STATE of Florida, Appellee.
No. 1D06-3343.
District Court of Appeal of Florida, First District.
June 17, 2008.
Frank E. Sheffield, Tallahassee, for Appellant.
*622 Bill McCollum, Attorney General, Philip W. Edwards, Assistant Attorney General, and Natalie D. Kirk, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Simmons v. State, 934 So.2d 1100, 1116-17 (Fla.2006); McMullen v. State, 714 So.2d 368, 372 (Fla.1998).
BARFIELD, KAHN, and BENTON, JJ., concur.